# APPRAISAL OF REAL PROPERTY



File # 10-0818

**LOCATED AT**
16 Gardenview Dr
St Peters, MO 63376-3507
Sunny Hill Est #2 Lot 184

**FOR**
Curtis & Renee Mcmillan
16 Gardenview Dr
St Peters, MO 63376

**OPINION OF VALUE**
145,500

**AS OF**
08/26/2010

## TABLE OF CONTENTS

Invoice .................................................................................................................................................................. 1
Letter of Transmittal ............................................................................................................................................. 2
Table of Contents/Cover Page ............................................................................................................................ 3
Summary Appraisal Report - Residential ........................................................................................................... 4
Building Sketch (Page - 1) ................................................................................................................................... 9
Location Map ...................................................................................................................................................... 10
Subject Photos ................................................................................................................................................... 11
Photograph Addendum ..................................................................................................................................... 12
Comparable Photos 1-3 .................................................................................................................................... 13
GLB Act Privacy Notification ............................................................................................................................. 14
Certifications & Limiting Conditions - Residential ........................................................................................... 15
Appraiser License .............................................................................................................................................. 17

| | |
|---|---|
| Cl... ...ile N/A | Appraisal # 10-0818 |

# Summary Appraisal Report • Residential

**AI Reports™**
Form 100.03

| Appraisal Company: | Appraise 4 |
|---|---|
| Address: | P.O. Box 515074, St Louis, MO 63151 |
| Phone: (636) 208-8721 | Fax: N/A | Website: www.appraise4.com |

| Appraiser: Tracie L Baricevic | Co-Appraiser: |
|---|---|
| AI Membership (if any): ☐ SRA ☐ MAI ☐ SRPA ☒ Associate Member | AI Membership (if any): ☐ SRA ☐ MAI ☐ SRPA ☐ Associate Member |
| Professional Affiliation: N/A | Professional Affiliation: |
| E-mail: tracie@appraise4.com | E-mail: |

| Client: | Curtis & Renee Mcmillan | Contact: |
|---|---|---|
| Address: | 16 Gardenview Dr, St Peters, MO 63376 | |
| Phone: N/A | Fax: N/A | E-mail: N/A |

## SUBJECT PROPERTY IDENTIFICATION

| Address: | 16 Gardenview Dr | | | | |
|---|---|---|---|---|---|
| City: | St Peters | County: St Charles | State: MO | ZIP: 63376-3507 |
| Legal Description: | Sunny Hill Est #2 Lot 184 | | | | |

| Tax Parcel #: | 2-0115-5354-00-184 | RE Taxes: 1,990.00 | Tax Year: 2009 |
|---|---|---|---|
| Use of the Real Estate As of the Date of Value: | Single Family Residential | | |
| Use of the Real Estate Reflected in the Appraisal: | Single Family Residential | | |
| Opinion of highest and best use (if required): | Single Family Residential | | |

## SUBJECT PROPERTY HISTORY

| Owner of Record: | Curtis & Renee Mcmillan |
|---|---|

Description and analysis of sales within 3 years (minimum) prior to effective date of value: No sales or transfers of the subject property were noted with in the past 3 years.

Description and analysis of agreements of sale (contracts), listings, and options: Not applicable to this assignment.

## RECONCILIATIONS AND CONCLUSIONS

| Indication of Value by Sales Comparison Approach | $ 145,500 |
|---|---|
| Indication of Value by Cost Approach | $ N/A |
| Indication of Value by Income Approach | $ N/A |

Final Reconciliation of the Methods and Approaches to Value: The best indication of value was the Sales Comparison Approach. The Cost Approach and Income Approach were considered but not developed.

| Opinion of Value as of: 08/26/2010 | $ | 145,500 |
|---|---|---|

The above opinion is subject to: ☐ Hypothetical Conditions and/or ☒ Extraordinary Assumptions cited on the following page.

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).

AI Reports® AI-100.03 Summary Appraisal Report - Residential © Appraisal Institute 2008, All Rights Reserved December 2008

Form AI1003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



| Client: | Curtis & Renee Mcmillan | Client File #: | N/A |
|---|---|---|---|
| Subject Property: | 16 Gardenview Dr, St Peters, MO 63376-3507 | Appraisal File #: | 10-0818 |

## ASSIGNMENT PARAMETERS

Intended User(s): Curtis & Renee Mcmillan, there attorney and the bankruptcy court.

Intended Use: Bankruptcy purposes

*This report is not intended by the appraiser for any other use or by any other user.*

Type of Value: Market Value        Effective Date of Value: 08/26/2010

Interest Appraised: ☒ Fee Simple    ☐ Leasehold    ☐ Other

Hypothetical Conditions: (A hypothetical condition is that which is contrary to what exists, but is asserted by the appraiser for the purpose of analysis. Any hypothetical condition may affect the assignment results.)

Extraordinary Assumptions: (An extraordinary assumption is directly related to a specific assignment and presumes uncertain information to be factual. If found to be false this assumption could alter the appraiser's opinions or conclusions. Any extraordinary assumption may affect the assignment results.)

It is assumed that there are no major issues with the electrical system.

In accordance with Standard Rule 2-2(b) of the Uniform Standard of Professional Appraisal Practice (USPAP), this is a summary appraisal report.

## SCOPE OF WORK

Definition: The scope of work is the type and extent of research and analysis in an assignment. Scope of work includes the extent to which the property is identified, the extent to which tangible property is inspected, the type and extent of data research, and the type and extent of analysis applied to arrive at credible opinions or conclusions. The specific scope of work for this assignment is identified below and throughout this report.

### Scope of Subject Property Inspection/Data Sources Utilized

**Appraiser**
Property Inspection: ☒ Yes  ☐ No
Date of Inspection: 08/26/2010
Describe scope of Property Inspection, Source of Area Calculations and Data Sources Consulted: A physical inspection of the interior and exterior was preformed. GLA was calculated from the exterior measurements of the property.

**Co-Appraiser**
Property Inspection: ☐ Yes  ☒ No
Date of Inspection: N/A
Describe scope of Property Inspection, Source of Area Calculations and Data Sources Consulted: N/A

### Approaches to Value Developed

**Cost Approach:**
☐ Is necessary for credible results and is developed in this analysis
☒ Is not necessary for credible results; not developed in this analysis
☐ Is not necessary for credible results but is developed in this analysis

**Sales Comparison Approach:**
☒ Is necessary for credible results and is developed in this analysis
☐ Is not necessary for credible results; not developed in this analysis
☐ Is not necessary for credible results but is developed in this analysis

**Income Approach:**
☐ Is necessary for credible results and is developed in this analysis
☒ Is not necessary for credible results; not developed in this analysis
☐ Is not necessary for credible results but is developed in this analysis

Additional Scope of Work Comments: In the scope of work for this assignment the appraiser was asked to develop an opinion of market value. The appraiser has researched and verified data on the subject property and comparable sales from sources felt to be reliable, made a visual exterior & interior inspection of the subject property, made an exterior inspection from the street of the comparable sales, and visually inspected the neighborhood. The development of the cost approach and income approach were not felt necessary to produce a credible report.

I have provided a previous service regarding the subject property within the three years prior to this assignment.

Significant Real Property Appraisal Assistance: ☒ None    ☐ Disclose Name(s) and contribution:

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).
AI Reports® AI-100.03 Summary Appraisal Report · Residential      © Appraisal Institute 2008, All Rights Reserved      December 2008
Form AI1003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Client: | Curtis & Renee Mcmillan | Client File #: | N/A |
| --- | --- | --- | --- |
| Subject Property: | 16 Gardenview Dr, St Peters, MO 63376-3507 | Appraisal File #: | 10-0818 |

## MARKET AREA ANALYSIS

| Location | Built Up | Growth | Supply & Demand | Value Trend | Typical Marketing Time |
| --- | --- | --- | --- | --- | --- |
| ☐ Urban | ☐ Under 25% | ☐ Rapid | ☐ Shortage | ☐ Increasing | ☐ Under 3 Months |
| ☒ Suburban | ☐ 25-75% | ☒ Stable | ☒ In Balance | ☒ Stable | ☒ 3-6 Months |
| ☐ Rural | ☒ Over 75% | ☐ Slow | ☐ Over Supply | ☐ Decreasing | ☐ Over 6 Months |

| Neighborhood Single Family Profile | | Neighborhood Land Use | | Neighborhood Name: St Peters |
| --- | --- | --- | --- | --- |
| Price | Age | | | |
| 120,000 Low | 20 | 1 Family 95 % | Commercial 5 % | PUD ☐ Condo ☐ HOA: $ N/A/ |
| 165,000 High | 50 | Condo % | Vacant % | Amenities: None Noted |
| 145,000 Predominant | 30 | Multifamily % | % | |

Market area description and characteristics: Property values in the subjects market area appear to be stable with supply and demand in balance.

## SITE ANALYSIS

| Dimensions: 75x150 (per county records) | Area: 0.26 Acres+/- |
| --- | --- |
| View: Average | Shape: Rectangular |
| Drainage: Adequate | Utility: Average |

### Site Similarity/Conformity To Neighborhood / Zoning/Deed Restriction

| Size: | View: | Zoning: SFR | Covenants, Condition & Restrictions |
| --- | --- | --- | --- |
| ☐ Smaller than Typical | ☐ Favorable | | ☐ Yes ☐ No ☒ Unknown |
| ☒ Typical | ☒ Typical | ☒ Legal ☐ No zoning | Documents Reviewed |
| ☐ Larger than Typical | ☐ Less than Favorable | ☐ Legal, non-conforming | ☐ Yes ☒ No |
| | | ☐ Illegal | Ground Rent $ 0/ 0 |

### Utilities / Off Site Improvements

| Electric | ☒ Public ☐ Other | Street | ☒ Public ☐ Private | Concrete |
| --- | --- | --- | --- | --- |
| Gas | ☒ Public ☐ Other | Alley | ☐ Public ☐ Private | |
| Water | ☒ Public ☐ Other | Sidewalk | ☐ Public ☐ Private | |
| Sewer | ☒ Public ☐ Other | Street Lights | ☒ Public ☐ Private | |

Site description and characteristics: The site is subject to typical utilities easements which do not have a negative effect on value. No visually apparent adverse easements, encroachments, special assessments, or obvious adverse environmental conditions observed during the inspection. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions.

## HIGHEST AND BEST USE ANALYSIS

☒ Present Use  ☐ Proposed Use  ☐ Other

Summary of highest and best use analysis: In order to determine if the land was being put to its highest and best use, the site was first analyzed as if vacant and available to be improved. During the course of this analysis, several factors were considered: the legally permitted uses; the physical characteristics of the site; the financial feasibility or cost-benefit of a particular type of improvement; the suitability of a potential improvement based on current market conditions; and any foreseeable trends or changes that would significantly impact the land and/or the improvements.

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).

AI Reports® AI-100.03 Summary Appraisal Report - Residential © Appraisal Institute 2008, All Rights Reserved December 2008

Form AI1003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE




| Client: | Curtis & Renee Mcmillan | Client File #: | N/A |
|---|---|---|---|
| Subject Property: | 16 Gardenview Dr, St Peters, MO 63376-3507 | Appraisal File #: | 10-0818 |

## IMPROVEMENTS ANALYSIS

**General** — Design: Ranch | No. of Units: 1 | No. of Stories: 1 | Actual Age: 30 Yrs | Effective Age: 20 Yrs
☒ Existing ☐ Under Construction ☐ Proposed ☐ Attached ☒ Detached ☐ Manufactured ☐ Modular
Other: N/A

**Exterior Elements** — Roofing: Comp Shingle | Siding: Frame/BV | Windows: Single Hung
☐ Patio  ☒ Deck Wood  ☒ Porch Covered  ☐ Pool  ☒ Fence Chain
Other: N/A

**Interior Elements** — Flooring: Cpt-Vinyl-CT-WD | Walls: Drywall | ☒ Fireplace # 1
Kitchen: ☐ Refrigerator ☒ Range ☒ Oven ☒ Fan/Hood ☐ Microwave ☒ Dishwasher | Countertops: Veneer
Other: N/A

**Foundation** — ☐ Crawl Space ☐ Slab ☒ Basement Full/Unfinished
Other: N/A

**Attic** — ☐ None ☒ Scuttle ☐ Drop Stair ☐ Stairway ☐ Finished
**Mechanicals** — HVAC: FWA | Fuel: Gas | Air Conditioning: Central
**Car Storage** — ☒ Driveway Concrete ☒ Garage 2 Attached ☐ Carport ☐ Finished
**Other Elements** — N/A

### Above Grade Gross Living Area (GLA)

| | Living | Dining | Kitchen | Den | Family | Rec. | Bdrms | # Baths | Utility | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Level 1 | 1 | 1 | 1 | | | | 3 | 2 | | | 1,416 |
| Level 2 | | | | | | | | | | | |

Finished area above grade contains: Bedroom(s): 3 | Bath(s): 2 | GLA: 1,416

Summarize Above Grade Improvements: The subject property is a 3 bedroom 2 bath home of average quaility.

### Below Grade Area or Other Area

| | Living | Dining | Kitchen | Den | Family | Rec. | Bdrms | # Baths | Utility | % Finished | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Below Grade | | | | | | | | | | | 1,416 |
| Other Area | | | | | | | | | | | |

Summarize below grade and/or other area improvements: The below grade area is unfinished.

Discuss physical depreciation and functional or external obsolescence: Physical depreciation was noted for normal wear and tear. No functional or external obsolescence was noted.

Discuss style, quality, condition, size, and value of improvements including conformity to market area: The property appears to be adequately maintained and in average condition compared to competing homes in the area. There are no significant repairs known to be needed at this time. The interior walls in the home show excessive ware and are in need of being cleaned and reprinted. The owner has stated that the home has some electrical issues. An inspection by a qualified professional.

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).
AI Reports® AI-100.03 Summary Appraisal Report - Residential    © Appraisal Institute 2008, All Rights Reserved    December 2008
Form AI1003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| | | |
|---|---|---|
| Client: | Curtis & Renee Mcmillan | Client File #: N/A |
| Subject Property: | 16 Gardenview Dr, St Peters, MO 63376-3507 | Appraisal File #: 10-0818 |

## SALES COMPARISON APPROACH

| ITEM | SUBJECT | COMPARISON 1 | | COMPARISON 2 | | COMPARISON 3 | |
|---|---|---|---|---|---|---|---|
| Address | 16 Gardenview Dr<br>St Peters, MO 63376-3507 | 33 W Garden Walk Dr<br>St Peters, MO 63376-3507 | | 7745 Mexico Rd<br>St Peters, MO 63376-3507 | | 48 W Garden Walk Dr<br>St Peters, MO 63376-3507 | |
| Proximity to Subject | | 0.12 miles S | | 0.15 miles S | | 0.16 miles W | |
| Data Source/Verification | | MLS#10020984<br>County Records | | MLS#10019613<br>County Records | | MLS#90043554<br>County Records | |
| Original List Price | $ N/A | | $ 169,900 | | $ 124,900 | | $ 159,900 |
| Final List Price | $ N/A | | $ 159,900 | | $ 124,900 | | $ 159,900 |
| Sale Price | $ N/A | | $ 158,900 | | $ 124,900 | | $ 161,800 |
| Sale Price % of Original List | % | | 93.5 % | | 100.0 % | | 101.2 % |
| Sale Price % of Final List | N/A % | | 99.4 % | | 100.0 % | | 101.2 % |
| Closing Date | N/A | 06/18/2010 | | 05/20/2010 | | 09/24/2009 | |
| Days On Market | N/A | 64 | | 48 | | 20 | |
| Price/Gross Living Area | $ | $ 117.18 | | $ 93.84 | | $ 112.36 | |
| | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Financing Type | N/A | FHA | | Conventional | | Conventional | |
| Concessions | N/A | Concessions | -3,500 | None Noted | | None Noted | |
| Contract Date | N/A | 06/10/2010 | | 05/20/2010 | | 09/04/2009 | |
| Location | Average | Average | | Inferior | +10,000 | Average | |
| Site Size | 0.26 Acres+/- | 0.24 Acres+/- | | 0.64 Acres+/- | -3,000 | 0.19 Acres+/- | |
| Site Views/Appeal | Average | Average | | Average | | Average | |
| Design and Appeal | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Frame/BV | Frame/BV | | Frame/BV | | Frame/BV | |
| Age | 30 Yrs | 31 Yrs | | 44 Yrs | | 31 Yrs | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Bedrooms | Bedrooms 3 | Bedrooms 3 | | Bedrooms 3 | | Bedrooms 3 | |
| Above Grade Baths | Baths 2 | Baths 2 | | Baths 1.5 | +1,000 | Baths 2 | |
| Gross Living Area | 1,416 Sq.Ft. | 1,356 Sq.Ft. | | 1,331 Sq.Ft. | | 1,440 Sq.Ft. | |
| Below Grade Area | Full | Full | | Full | | Full | |
| Below Grade Finish | Unfinished | Unfinished | | Unfinished | | Unfinished | |
| Other Area | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CA | FWA/CA | | FWA/CA | | FWA/CA | |
| Car Storage | 2 Attached | 2 Attached | | 2 Attached | | 2 Attached | |
| Porch/Patio/Deck/Fence | Pr/Dck/Fnc | Pr/Pto/Fnc | | Pr/Pto/Fnc | | Pr/Pto/Fnc | |
| InteriorRefinements/Update | InteriorRefin/Up | Superior | -10,000 | Inferior | +10,000 | Superior | -10,000 |
| Net Adjustment (total) | | ☐+ ☒- $ -13,500 | | ☒+ ☐- $ 18,000 | | ☐+ ☒- $ -10,000 | |
| Adjusted Sale Price | | Net Adj. 8.5 %<br>Gross Adj. 8.5 % $ 145,400 | | Net Adj. 14.4 %<br>Gross Adj. 19.2 % $ 142,900 | | Net Adj. 6.2 %<br>Gross Adj. 6.2 % $ 151,800 | |
| Prior Transfer History | None Noted<br>36 months | None Noted<br>12 months | | None Noted<br>12 months | | None Noted<br>12 months | |

Comments and reconciliation of the sales comparison approach: A quantitative analysis was performed involving a direct comparison of the subject property to similar properties with recent market activity. The subject property and comparables were found to be typical of many homes in the neighborhood. Adjustments were applied for market recognized differences. Comparables 1 & 3 are noted as having significate updates and an adjustment was applied.
In the final reconciliation most weight was given to comparables 1 & 3.

| Indication of Value by Sales Comparison Approach | $ | 145,500 |
|---|---|---|

<small>* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).
AI Reports® AI-100.03 Summary Appraisal Report · Residential     © Appraisal Institute 2008, All Rights Reserved     December 2008
Form AI1003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE</small>

# Building Sketch

 

| | |
|---|---|
| Owner | **Curtis & Renee Mcmillan** |
| Property Address | **16 Gardenview Dr** |
| City | **St Peters** |
| County | **St Charles** |
| State | **MO** |
| Zip Code | **63376-3507** |
| Client | **Curtis & Renee Mcmillan** |



Sketch by Apex IV™

Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 1416.0 | 1416.0 |
| BSMT | Basement | 1416.0 | 1416.0 |
| P/P | Deck | 372.0 | 372.0 |
| GAR | Garage | 456.0 | 456.0 |
| Net LIVABLE Area | (Rounded) | | 1416 |

### LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|---|---|---|---|
| First Floor | | | |
| 26.0 | x | 48.0 | 1248.0 |
| 7.0 | x | 24.0 | 168.0 |
| 2 Items | | (Rounded) | 1416 |

## Location Map

| Owner | Curtis & Renee Mcmillan | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16 Gardenview Dr | | | | | |
| City | St Peters | County | St Charles | State | MO | Zip Code 63376-3507 |
| Client | Curtis & Renee Mcmillan | | | | | |



Form MAP_LT.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Owner | Curtis & Renee Mcmillan | | | | | |
| Property Address | 16 Gardenview Dr | | | | | |
| City | St Peters | County | St Charles | State | MO | Zip Code 63376-3507 |
| Client | Curtis & Renee Mcmillan | | | | | |



**Subject Front**
16 Gardenview Dr
Sales Price N/A
G.L.A. 1,416
Tot. Rooms 6
Tot. Bedrms. 3
Tot. Bathrms. 2
Location Average
View Average
Site 0.26 Acres+/-
Quality Frame/BV
Age 30 Yrs



**Subject Rear**



**Subject Street**

Form PIC4x6.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Photograph Addendum

| Owner | Curtis & Renee Mcmillan | | | | |
|---|---|---|---|---|---|
| Property Address | 16 Gardenview Dr | | | | |
| City | St Peters | County | St Charles | State MO | Zip Code 63376-3507 |
| Client | Curtis & Renee Mcmillan | | | | |





## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Owner | Curtis & Renee Mcmillan | | | | |
| Property Address | 16 Gardenview Dr | | | | |
| City | St Peters | County | St Charles | State MO | Zip Code 63376-3507 |
| Client | Curtis & Renee Mcmillan | | | | |



### Comparable 1
33 W Garden Walk Dr
Prox. to Subj. 0.12 miles S
Sales Price 158,900
G.L.A. 1,356
Tot. Rooms 6
Tot. Bedrms. 3
Tot. Bathrms. 2
Location Average
View Average
Site 0.24 Acres+/-
Quality Frame/BV
Age 31 Yrs



### Comparable 2
7745 Mexico Rd
Prox. to Subj. 0.15 miles S
Sales Price 124,900
G.L.A. 1,331
Tot. Rooms 6
Tot. Bedrms. 3
Tot. Bathrms. 1.5
Location Inferior
View Average
Site 0.64 Acres+/-
Quality Frame/BV
Age 44 Yrs



### Comparable 3
48 W Garden Walk Dr
Prox. to Subj. 0.16 miles W
Sales Price 161,800
G.L.A. 1,440
Tot. Rooms 6
Tot. Bedrms. 3
Tot. Bathrms. 2
Location Average
View Average
Site 0.19 Acres+/-
Quality Frame/BV
Age 31 Yrs

Form PIC4x6.CR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# PRIVACY NOTICE

Pursuant to the Gramm-Leach-Bliley Act of 1999, effective July 1, 2001, Appraisers, along with all providers of personal financial services are now required by federal law to inform their clients of the policies of the firm with regard to the privacy of client nonpublic personal information. As professionals, we understand that your privacy is very important to you and are pleased to provide you with this information.

### Types of Nonpublic Personal Information We Collect
In the course of performing appraisals, we may collect what is known as "nonpublic personal information" about you. This information is used to facilitate the services that we provide to you and may include the information provided to us by you directly or received by us from others with your authorization.

### Parties to Whom We Disclose Information
We do not disclose any nonpublic personal information obtained in the course of our engagement with our clients to nonaffiliated third parties, except as necessary or as required by law. By way of example, a necessary disclosure would be to our employees, and in certain situations, to unrelated third party consultants who need to know that information to assist us in providing appraisal services to you. All of our employees and any third party consultants we employ are informed that any information they see as part of an appraisal assignment is to be maintained in strict confidence within the firm.

A disclosure required by law would be a disclosure by us that is ordered by a court of competent jurisdiction with regard to a legal action to which you are a party.

### Confidentiality and Security
We will retain records relating to professional services that we have provided to you for a reasonable time so that we are better able to assist you with your needs. In order to protect your nonpublic personal information from unauthorized access by third parties, we maintain physical, electronic and procedural safeguards that comply with our professional standards to insure the security and integrity of your information.

Please feel free to call us an any time if you have any questions about the confidentiality of the information that you provide to us.



| Client: | Curtis & Renee Mcmillan | Client File #: | N/A |
|---|---|---|---|
| Subject Property: | 16 Gardenview Dr, St Peters, MO 63376-3507 | Appraisal File #: | 10-0818 |

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal is subject to the following assumptions and limiting conditions:

- This report is prepared using forms developed and copyrighted by the Appraisal Institute. However, the content, analyses, and opinions set forth in this report are the sole product of the appraiser. The Appraisal Institute is not liable for any of the content, analyses, or opinions set forth herein.
- No responsibility is assumed for matters legal in character or nature. No opinion is rendered as to title, which is assumed to be good and marketable. All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and the property is appraised as though free and clear, having responsible ownership and competent management.
- I have examined the property described herein exclusively for the purposes of identification and description of the real property. The objective of our data collection is to develop an opinion of the highest and best use of the subject property and make meaningful comparisons in the valuation of the property. The appraiser's observations and reporting of the subject improvements are for the appraisal process and valuation purposes only and should not be considered as a warranty of any component of the property. This appraisal assumes (unless otherwise specifically stated) that the subject is structurally sound and all components are in working condition.
- I will not be required to give testimony or appear in court because of having made an appraisal of the property in question, unless specific arrangements to do so have been made in advance, or as otherwise required by law.
- I have noted in this appraisal report any significant adverse conditions (such as needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) discovered during the data collection process in performing the appraisal. Unless otherwise stated in this appraisal report, we have no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and have assumed that there are no such conditions and make no guarantees or warranties, express or implied. We will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because I am not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable public and/or private sources that I believe to be true and correct.
- I will not disclose the contents of this appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and/or applicable federal, state or local laws.
- The Client is the party or parties who engage an appraiser (by employment or contract) in a specific assignment. A party receiving a copy of this report from the client does not, as a consequence, become a party to the appraiser-client relationship. Any person who receives a copy of this appraisal report as a consequence of disclosure requirements that apply to an appraiser's client, does not become an intended user of this report unless the client specifically identified them at the time of the assignment. The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.
- A true and complete copy of this report contains __**__ pages including exhibits which are considered an integral part of the report. The appraisal report may not be properly understood without access to the entire report.
- If this valuation conclusion is subject to satisfactory completion, repairs, or alterations, it is assumed that the improvements will be completed competently and without significant deviation.

**Additional exhibits are contained in the appraiser work file.

## VALUE DEFINITION

☒ Market Value Definition (below)   ☐ Alternate Value Definition (attached)

MARKET VALUE is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Source: *The Dictionary of Real Estate Appraisal*, 4th ed., Appraisal Institute

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).
AI Reports® AI-900.03 Assumptions and Limiting Conditions/Certification        © Appraisal Institute 2008, All Rights Reserved        December 2008
Form AI9003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Client: | Curtis & Renee Mcmillan | Client File #: | N/A |
| Subject Property: | 16 Gardenview Dr, St Peters, MO 63376-3507 | Appraisal File #: | 10-0818 |

## APPRAISER CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analysis, opinions, and conclusions.
- I have no present (unless specified below) or prospective interest in the property that is the subject of this report, and I have no (unless specified below) personal interest with respect to the parties involved.
- I have no bias with respect to any property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon the developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the use of this appraisal.
- My analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- Individuals who have provided significant real property appraisal assistance are named below. The specific tasks performed by those named are outlined in the Scope of Work section of this report.

☒ None   ☐ Name(s) _____

As previously identified in the Scope Of Work section of this report, the signer(s) of this report certify to the inspection of the property that is the subject of this report as follows:

Property Inspected by Appraiser          ☒ Yes   ☐ No
Property Inspected by Co-Appraiser       ☐ Yes   ☒ No

## ADDITIONAL CERTIFICATION FOR APPRAISAL INSTITUTE MEMBERS

Appraisal Institute Member Certify:

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.
- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

| Designated Appraisal Institute Member Certify: | Designated Appraisal Institute Member Certify: |
|---|---|
| • As of the date of this report, I ☐ have / ☐ have not completed the continuing education program of the Appraisal Institute. | • As of the date of this report, I ☐ have / ☐ have not completed the continuing education program of the Appraisal Institute. |

| APPRAISER: | CO-APPRAISER: |
|---|---|
| Signature | Signature |
| Name **Tracie L Baricevic** | Name |
| Report Date **08/30/2010** | Report Date |
| Trainee ☐  Licensed ☐  Certified Residential ☒  Certified General ☐ | Trainee ☐  Licensed ☐  Certified Residential ☐  Certified General ☐ |
| License # **2002024282**     State **MO** | License #     State |
| Expiration Date **6/30/2010** | Expiration Date |

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).

AI Reports® AI-900.03 Assumptions and Limiting Conditions/Certification    © Appraisal Institute 2008, All Rights Reserved    December 2008

Form AI9003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

